FILED

01/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0023

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0023

IN THE MATTER OF

H.R.,

A Youth in Need of Care

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, N.R., is granted an extension of time until April 8, 2021, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Grant of Extension of Time
Chief Justice, Montana Supreme Court
January 29 2021
PAGE 1